IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:15-CR-2-8H

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| HASKELL TURNER WILLIAMS, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on Defendant's oral motion made in open court requesting appointment of new counsel. In its discretion, the court hereby GRANTS Defendant's motion and relieves Edward Roberts from representing Defendant. The Federal Public Defender is directed to appoint substitute counsel to represent Defendant in this matter.

Defendant's arraignment is hereby continued to this court's September 9, 2015, term of court in Greenville. The delay occasioned by this continuance is excluded from Speedy Trial Act computation pursuant to 18 U.S.C. § 3161(h)(7)(A) for the reason that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

This 11th day of August 2015.

_____
KIMBERLY A. SWANK
United States Magistrate Judge