IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:15-CR-2-8H



UNITED STATES OF AMERICA       :
                               :
        v.                     :
                               :
HASKELL TURNER WILLIAMS,       :
    a/k/a "King"               :

### ORDER OF FORFEITURE

WHEREAS, pursuant to the entry of a Memorandum of Plea Agreement and Consent to Forfeiture entered into by the defendant, the following property is hereby forfeitable pursuant to 18 U.S.C. § 924(d)(1), made applicable to this proceeding by virtue of 28 U.S.C. § 2461(c), as firearms and ammunition used in knowing violations of 18 U.S.C. §§ 924(c)(1)(A) and 2, to wit:

A Springfield Armory XD-9 9mm, serial number MG749518;

A Ruger .22 caliber Mark III handgun, serial number 229-34063;

An H&R Model 633 Revolver, serial number 510581;

A 7.62 caliber black firearm marked #000049 and #EC62234, EW Bank Mfg. (EMAKM);

A Rigarmi Brescia .25 Caliber, serial number 98372; and,

any and all accompanying ammunition;

1

AND WHEREAS, by virtue of said Memorandum of Plea Agreement and Consent to Forfeiture, the United States is now entitled to possession of said personal property, pursuant to Fed. R. Crim. P. 32.2(b)(3);

It is hereby ORDERED, ADJUDGED and DECREED:

1. That based upon the Memorandum of Plea Agreement and Consent to Forfeiture as to the defendant HASKELL TURNER WILLIAMS, the United States is hereby authorized to seize the above-stated personal property, and it is hereby forfeited to the United States for disposition in accordance with the law, as allowed by Fed. R. Crim. P. 32.2(b)(3). In accordance with Fed. R. Crim. P. 32.2(b)(4)(A), this Order is now final as to the defendant.

2. That upon sentencing and issuance of the Judgment and Commitment Order, the Clerk of Court is directed to incorporate a reference to this Order of Forfeiture in the applicable section of the Judgment, as required by Fed. R. Crim. P. 32.2(b)(4)(B).

The Clerk is hereby directed to send copies of this Order to all counsel of record.

SO ORDERED. This 12 day of Jan, 2015.

_____
MALCOLM J. HOWARD
Senior United States District Judge

2